IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-647-RN

CODY ERNST,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

**CONSENT ORDER**

This action having been submitted to the Court for entry of a Consent Order agreed to by the parties. It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $5,000.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

Dated: September 18, 2026

Robert T. Numbers, II
United States Magistrate Judge